IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD HUANG, et al.,

    Plaintiffs,

  v.

EBAY INC., et al.,

    Defendants

                                /

No. C-15-4104 MMC

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL**

By order filed September 4, 2015 in the Central District of California, the above-titled action was transferred to this District, and, on September 9, 2015, was assigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendants to submit, no later than September 18, 2015, a chambers copy of the Notice of Removal, and exhibits thereto, filed in the Central District of California.

**IT IS SO ORDERED.**

Dated: September 10, 2015

MAXINE M. CHESNEY
United States District Judge