UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARD HUANG, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC, et al.,<br><br>Defendants. | Case No.  5:15-cv-04104-EJD<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

In order to accommodate the personal appearance of defense counsel, the hearing on the Motion to Dismiss (Dkt No. 26) and the Case Management Conference scheduled for March 10, 2016, are both CONTINUED to 9:00 a.m. on March 17, 2016.

The request for telephonic appearance (Dkt. No. 44) is DENIED.

**IT IS SO ORDERED.**

Dated:  March 9, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04104-EJD
ORDER CONTINUING HEARING ON MOTION TO DISMISS

1