Christopher J. Hamner, Esq. (SBN 197117)
**HAMNER LAW OFFICES, APC**
5023 Parkway Calabasas
Calabasas, California 91302
Telephone: (818) 876-9631
chamner@hamnerlaw.com

Attorneys for Plaintiff, Bernard Huang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUANG, <br><br> Plaintiff, <br><br> v. <br><br> EBAY Inc., et al., <br><br> Defendants. | Case No. 15-CV-04104-MMC <br><br> **NOTICE OF VOLUNARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Bernard Huang voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED: July 10, 2017            **HAMNER LAW OFFICES, APC**


 _/s/ Christopher J.  Hamner_____
By: Christopher J. Hamner
Attorney for Plaintiff, BERNARD HUANG

## PROOF OF SERVICE
*Huang v. Ebay, Inc.*
Case No. 15-cv-04104-MMC

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made.  My business address is 5023 Parkway Calabasas, Calabasas, CA 91302.

On July 10, 2017, I served the following document(s):

## NOTICE OF VOLUNTARY DISMISSAL

THOMAS P. BROWN
KELLY R. WINSLOW
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
*Attorneys for eBay Inc.*

XX   **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

XX        **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 10. 2017, at Los Angeles, California.

/s/ Vanessa c. van Munster

2
PROOF OF SERVICE

3

PROOF OF SERVICE